# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARTER WILLIAMS,

        Petitioner

        v.

ANDERSON EQUIPMENT COMPANY AND KOMATSU AMERICAN CORPORATION,

        Respondents

        v.

JERRY WHITE, ROBERT ROBB & GENE RAYMAN CONSTRUCTION, INC..

        Respondents

CARTER WILLIAMS,

        Petitioner

        v.

ROBERT ROBB, GENE RAYMAN CONSTRUCTION, INC., AND JERRY WHITE,

        Respondents

No. 610 WAL 2014

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.